Dismissed and Memorandum Opinion filed November 30, 2006








Dismissed
and Memorandum Opinion filed November 30, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00194-CV

____________

 

ALL PLAY, INC., Appellant

 

V.

 

STONEWEAR, INC.,
Appellees

 



 

On Appeal from the 125th District Court

Harris County, Texas

Trial Court Cause No. 03-68709

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed December 27, 2005.  On November 15, 2006,
appellant filed an unopposed motion to dismiss the appeal because the case has
been settled. See Tex. R. App. P.
42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed
November 30, 2006.

Panel consists of Justices Anderson, Hudson, and Guzman.